UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00407

**Bennie David Guy,**
*Plaintiff,*

v.

**Texas Board of Pardons and Paroles et al.,**
*Defendants.*

# ORDER

Plaintiff Bennie David Guy, an inmate proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On January 17, 2023, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). Doc. 9. A copy of the report was mailed to plaintiff, who received it on February 7, 2023, and did not file written objections. Doc. 11.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed with prejudice.

*So ordered by the court on March 21, 2023.*

J. CAMPBELL BARKER
United States District Judge